UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**GULF POWER COMPANY**

    VS                                         CASE NO. **3:06cv270/MCR/MD**

**COALSALES, L. L. C, f/k/a
PEABODY COALSALES COMPANY**

### FINAL JUDGMENT

This action came to trial before the Honorable M. Casey Rodgers presiding and a written decision has been rendered (doc. 171).

Accordingly, **FINAL JUDGMENT** is entered in favor of the defendant, Coalsales II, L.L.C. f/k/a Peabody Coalsales Company, and against the plaintiff, Gulf Power Company, together with taxable costs.

                                                      SHEILA HURST-RAYBORN
                                                      ACTING CLERK OF COURT

 September 30, 2010                            s/*L. James*
Date                                                Deputy Clerk